USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDLEY GAYLE,                                    :       06 Civ. 6956 (PAC) (GWG)

              Plaintiff,            :       <u>ORDER</u>

   -v.-                                         :

NATIONAL RAILROAD PASSENGER CORP.   :
et al.,
                                                :
              Defendants.
----------------------------------------------------------------X

This document also applies to:

<u>Adornetti v. National Railroad Passenger Corp., et al.</u>, 06 Civ. 6195
<u>Vitale v. National Railroad Passenger Corp., et al.</u>, 06 Civ. 6196


**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court will hold a conference on <u>June 23, 2010, at 11:00 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New York</u>, to discuss what issues should be raised and which parties should be present at any future settlement conference.[1]

      Mr. Joseph is directed to ensure that all parties are aware of this Order, which is being issued through the ECF system.


      SO ORDERED.

Dated: June 16, 2010
      New York, New York

                                                      /s/ Gabriel W. Gorenstein
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

---

[1] Any attorney not located in the City may attend the June 23 conference by telephone provided the attorney makes arrangements with all such counsel who intend to do so and sends a letter to the Deputy Clerk with a call-in number at which all parties attending by telephone can be reached.